IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| VICKI J. DENNY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 24-3327 |
| MEMORIAL HEALTH, MEMORIAL ) | |
| HOSPITAL HOSPITALISTS, ) | |
| MEMORIAL HOSPITAL PHYSICAL ) | |
| THERAPY, MEMORIAL HOSPITAL ) | |
| ETHICS DIVISION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Karen McNaught (d/e [4]).  Magistrate Judge McNaught recommends that the Court: (1) deny Plaintiff's Motion for Leave to Proceed In Forma Pauperis, (2) dismiss Plaintiff's Complaint for lack of jurisdiction, and (3) deny Plaintiff's Motion to Request Counsel.

Objections to the Report and Recommendations were due on or before December 16, 2024.  Plaintiff has not filed objections.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, Plaintiff's Complaint and Motions, as well as the applicable law, the Court finds no clear error in Magistrate Judge McNaught's Report and Recommendation.

Therefore, it is ORDERED:

**(1)  The Report and Recommendation of United States Magistrate Judge McNaught (d/e [4]) is ACCEPTED and ADOPTED.**

**(2)  Plaintiff's Motion for Leave to Proceed In Forma Pauperis (d/e [2]) is DENIED.**

**(3)  Plaintiff's Complaint (d/e [1]) is DISMISSED for lack of Jurisdiction.**

(4) Plaintiff's Motion to Request Counsel (d/e [3]) is DENIED.

(5) THIS CASE IS CLOSED.

ENTERED: December 17, 2024.

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE